

Brian M. Caubarreaux
Emily Gremillion **
Eugene A. Ledet, Jr.
Brock H. Duke*
Laura B. Knoll
Ethan E. Caubarreaux

**Mediator
*Licensed in Texas



# Brian Caubarreaux
## AND ASSOCIATES
*A Professional Law Corporation*

*Reply to: Alexandria Office*

Marksville Office
PO Box 129
144 Tunica Drive West
Marksville, LA 71351
P 318/253-0900
F 318/253-5666

Alexandria Office
2204 MacArthur Drive
Alexandria, LA 71303
P: 318-442-0900
F: 318-445-0940

March 31, 2020

Walmart Claims Services
PO Box 14731
Lexington, KY 40512

Dear Polly,

Enclosed are medical records and bills associated with Earlean Walker's treatment. Medical specials total $4,974.40, along with a surgical recommendation in the amount of $22,750. In an effort to settle this case, I will recommend she accept $90,000.00 for a full and final release of Walmart Stores Inc. Please respond within 30 days of this letter.

Sincerely,

**BRIAN CAUBARREAUX & ASSOCIATES**

By: _____
Brock H. Duke

BHD;sm

04/07/2020

Walker, Earlean
Walmart Exhibit A